UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Joyce Hutchens
                              Plaintiff,

v.                                                   Case No.: 1:13–cv–06447
                                                         Honorable Edmond E. Chang

Chicago Board of Education
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2014:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Leave of court is given to the defendant to withdraw the appearances of Sunil Kumar and Brian Joseph Flores. Lisa A. Dreishmire will be the lead attorney for the defendant. The parties reported on the status of discovery: the defense has received Plaintiff's responses to written discovery, and will be conferring with Plaintiff about perceived deficiencies. Plaintiff has yet to issue requests to Defendant. The Court reminded Plaintiff of the availability of the Pro Se Help Desk, and also informed Plaintiff of the Pilot Project on Employment Discrimination Protocols on the District's website; the Protocols contain useful sample discovery requests in discrimination cases. Status hearing set for 09/23/2014 at 9:30 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.