

Dreishmire, Lisa <ldreishmire@cps.edu>

# Re: Requests for Production--Hutchens v. Board of Education of the City of Chicago, 13 C 6447

1 message

**Joyce Hutchens** <joyce.hutchens@att.net>  Tue, Jul 1, 2014 at 8:18 AM
Reply-To: Joyce Hutchens <joyce.hutchens@att.net>
To: "Flores, Brian" <bjflores@cps.edu>, "ldreishmire@cps.edu" <ldreishmire@cps.edu>

Good Morning Mr. Flores:

As promised, before noon today, I will hand-deliver to your office and leave with your receptionist my completed First Requests to Produce to Plaintiff and the accompanying documents, Numbers 001-092.

However, I am still working on Defendant Board's First Set of Interrogatories to Plaintiff, and will have it to you no later than Thursday, July 3, 2014.

Sincerely,

Joyce Hutchens

---

**From:** "Flores, Brian" <bjflores@cps.edu>
**To:** Joyce Hutchens <joyce.hutchens@att.net>
**Sent:** Friday, June 27, 2014 10:12 AM
**Subject:** Supplemental Disclosures--Hutchens v. Board of Education of the City of Chicago, 13 C 6447

Ms. Hutchens:
Attached are supplemental disclosures Bates-stamped CPS 00201-235. Thank you.
--
Brian J. Flores
Assistant General Counsel | Board of Education of the City of Chicago
125 S. Clark Street, Suite 700 | Chicago, IL 60603
(773) 553-1656 | bjflores@cps.edu

Exhibit C



July 7, 2014

**Via e-mail and U.S. Mail**

Brian J. Flores, Esq.
Assistant General Counsel
Chicago Board of Education of the
 City of Chicago
125 S. Clark Street
Suite 700
Chicago, IL 60603

      Re:    Joyce Hutchens v. Board of Education of the City of Chicago
               Case No. 13 C 6447

Dear Mr. Flores:

Enclosed are Plaintiff's Responses to Defendant Board's First Set of Interrogatories to Plaintiff. I am also mailing a paper copy of the same to you today. My research/investigation into your interrogatories continues. I will, therefore, expand significantly on many of your interrogatories during my deposition and provide supplemental information prior to or during the deposition and/or before the close of discovery,

Yours sincerely,

*/s/ Joyce Hutchens*

Joyce Hutchens
Pro Se Plaintiff

Enclosures

## CERTIFICATE OF SERVICE

     I, Joyce Hutchens, Pro se Plaintiff in this matter, certify that I sent via electronic and U.S. mail, **Plaintiff's Responses to Defendant Board's First Set of Interrogatories to Plaintiff,** to the above-referenced attorney on July 7, 2014.

                                            */s/ Joyce Hutchens*
                                             _____
                                             Joyce Hutchens