

Dreishmire, Lisa <ldreishmire@cps.edu>

## Hutchens II: Records Authorizations
1 message

**Dreishmire, Lisa** <ldreishmire@cps.edu>  Tue, Aug 26, 2014 at 12:37 PM
To: Joyce Hutchens <joyce.hutchens@att.net>

Ms. Hutchens,

As we recently discussed, attached are the records authorizations the Board asks that you please sign and return as soon as possible.

Please let me know if you have any questions.

Thank you,
Lisa

--
Lisa A. Dreishmire
Senior Assistant General Counsel
Board of Education of the City of Chicago
125 South Clark Street, Suite 700
Chicago, IL 60603
Direct Dial: (773) 553-1691
ldreishmire@cps.edu

**6 attachments**

- **Educational and Employment Records Authorization.docx**
  22K
- **HIPAA Authorization (non-psych).docx**
  22K
- **HIPAA Authorization (psych).docx**
  21K
- **IRS Records Authorization.pdf**
  130K
- **SSA Consent for Release of Information.pdf**
  187K
- **SSA Earnings Authorization.pdf**
  195K

Exhibit E



Dreishmire, Lisa <ldreishmire@cps.edu>

# Re: Hutchens II: Records Authorizations

1 message

**Joyce Hutchens** <joyce.hutchens@att.net>  Tue, Aug 26, 2014 at 12:56 PM
Reply-To: Joyce Hutchens <joyce.hutchens@att.net>
To: "Dreishmire, Lisa" <ldreishmire@cps.edu>

Ms. Dreishmire:

Regarding the attached, I will complete and return no later than Friday, other information I owe you. Thanks for your patience.

Joyce Hutchens

---

From: "Dreishmire, Lisa" <ldreishmire@cps.edu>
To: Joyce Hutchens <joyce.hutchens@att.net>
Sent: Tuesday, August 26, 2014 12:37 PM
Subject: Hutchens II: Records Authorizations

Ms. Hutchens,

As we recently discussed, attached are the records authorizations the Board asks that you please sign and return as soon as possible.

Please let me know if you have any questions.

Thank you,
Lisa

--
Lisa A. Dreishmire
Senior Assistant General Counsel
Board of Education of the City of Chicago
125 South Clark Street, Suite 700
Chicago, IL 60603
Direct Dial: (773) 553-1691
ldreishmire@cps.edu