August 29, 2014

**Via Hand-Delivery**

Lisa Dreishmire, Esq.
Assistant General Counsel
Chicago Board of Education of the
   City of Chicago
125 S. Clark Street
Suite 700
Chicago, IL  60603

        Re:    **Joyce Hutchens v. Board of Education of the City of Chicago**
               **Case No. 13 C 6447**

Dear Ms. Dreishmire:

Enclosed are the forms for which you requested my signature.  I am authorizing you to complete the forms with any necessary additional information.  I also have provided two related documents with my personal "Bates Stamp."  I will continue to complete your additional requests and as promised, I will have them to you by or before the September 15, 2014 date on which we agreed.  Please feel free to contact me if you have questions or need further information.

Yours sincerely,

*/s/ Joyce Hutchens*

Joyce Hutchens
Pro Se Plaintiff

Enclosures


                                **CERTIFICATE OF SERVICE**

     I, Joyce Hutchens, Pro Se Plaintiff in this matter, certify that I hand-delivered the above-referenced documents, to the above-named attorney at the above indicated address before 5:00 p.m. on August 29, 2014.

                                                                  */s/ Joyce Hutchens*
                                                                  Joyce Hutchens

                                                                                         Exhibit F

**Educational and Employment Records Authorization**

**TO:**

I, Joyce Hutchens hereby authorize the above-named entity to release to the Law Department for the Board of Education of the City of Chicago:

A complete copy of my educational and/or employment files, including, but not limited to, all records relating to my dates of enrollment, grades, degrees obtained, disciplinary action, financial status, positions held, job descriptions, rate of pay, amount of income received, payroll records, salary history including raises and/or bonuses, attendance, time sheet records, hours worked, personal or medical leaves, benefits available and received, applications, resumes, interview notes, offer letters, physical examinations or medical records, disciplinary records, performance evaluations, letters of resignation or termination of employment, internal or external complaints or charges of discrimination, litigation records, or other similar information or documentation pertaining to my education and/or actual or potential employment.

These records are requested for performing legal services on behalf of a defendant in the case styled Hutchens v. Chicago Board of Education, currently pending in the U.S. District Court for the Northern District of Illinois.

I understand that I may revoke this authorization by sending written notice of revocation to Lisa A. Dreishmire, Law Department, Board of Education of the City of Chicago, 125 S. Clark Street, Suite 700, Chicago, IL 60603. I understand that my revocation will only be effective after it is received by Ms. Dreishmire and that any disclosures made prior to my revocation will not be affected by my revocation.

I understand and agree that a photocopy of the original of this Authorization shall have the same effect as an original.

WITNESS my signature this 29th day of August, 2014.

This authorization will expire upon the trial or other resolution of the case referenced above.

Signed: Joyce Hutchens

NAME: Joyce Hutchens

Date of Birth: [REDACTED]

Sworn to and subscribed before me this 29 day of August, 2014.

Notary Public: S. Shah

My commission expires: 11-16-2015

"OFFICIAL SEAL"
S. SHAH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/16/2015