

# Board of Education of the City of Chicago
## Law Department

James L. Bebley
General Counsel

125 South Clark Street, Suite 700
Chicago, IL 60603
Telephone: (773) 553-1700
Fax: (773) 553-1701

September 29, 2014

*Via First Class U.S. Mail*

Social Security Administration
Division of Earnings Record Operations
P.O. Box 33003
Baltimore, Maryland 21290-3003

    Re:    *Hutchens v. Board of Education of the City of Chicago*, Case No. 09-CV-07931 and 13-CV-06447, in the United States District Court for the Northern District of Illinois, Eastern Division.

To Whom It May Concern:

    Please find enclosed a signed Request for Social Security Earnings Information form for Joyce Hutchens (DOB ▮▮▮▮, SSN ▮▮▮▮). Please send all responsive records to me at:

Lisa A. Dreishmire
Senior Assistant General Counsel
Board of Education of the City of Chicago
125 S. Clark St., Ste. 700
Chicago, IL 60603

Also enclosed is a check in the amount of $42.00 as payment for certified copies of six years of records.

    Please let me know if you have any questions. You may also email me at ldreishmire@cps.edu. Thank you for your assistance in this regard.

Sincerely,

*Lisa A. Dreishmire*

Lisa A. Dreishmire
Senior Assistant General Counsel

Exhibit G



## Board of Education of the City of Chicago
### Law Department

James L. Bebley  
General Counsel

125 South Clark Street, Suite 700  
Chicago, IL 60603  
Telephone: (773) 553-1700  
Fax: (773) 553-1701

September 29, 2014

Via First Class U.S. Mail

Social Security Administration  
77 W. Jackson Blvd., Suite 300  
Chicago, IL 60604

Re: *Hutchens v. Board of Education of the City of Chicago*, Case No. 09-CV-07931 and 13-CV-06447, in the United States District Court for the Northern District of Illinois, Eastern Division.

To Whom It May Concern:

Please find enclosed a signed Consent for Release of Information form for Joyce Hutchens (DOB ███████, SSN ███████). Please send all responsive records to me at:

Lisa A. Dreishmire  
Senior Assistant General Counsel  
Board of Education of the City of Chicago  
125 S. Clark St., Ste. 700  
Chicago, IL 60603

Please let me know if you have any questions. You may also email me at ldreishmire@cps.edu. Thank you for your assistance in this regard.

Sincerely,

*Lisa A. Dreishmire*

Lisa A. Dreishmire  
Senior Assistant General Counsel

LD:lad  
Enclosure



# Board of Education of the City of Chicago
## Law Department

James L. Bebley  
General Counsel

125 South Clark Street, Suite 700  
Chicago, IL 60603  
Telephone: (773) 553-1700  
Fax: (773) 553-1701

September 29, 2014

*Via First Class U.S. Mail*

Janice Humphrey  
1836 W. Addison St.  
Chicago, IL 60613

Re: *Hutchens v. Board of Education of the City of Chicago*, Case No. 09-CV-07931 and 13-CV-06447, in the United States District Court for the Northern District of Illinois, Eastern Division.

To Whom It May Concern:

Please find enclosed two signed Authorizations for Release of Medical Records and Information for your patient Joyce Hutchens (DOB ▊▊▊▊, SSN ▊▊▊▊). Please send all responsive records to me at:

Lisa A. Dreishmire  
Senior Assistant General Counsel  
Board of Education of the City of Chicago  
125 S. Clark St., Ste. 700  
Chicago, IL 60603

I would appreciate it if you could please provide these records by **Friday, October 10, 2014**, due to the deadlines in this case. If for any reason you cannot produce the records by that date, please let me know as soon as possible.

Please let me know if you have any questions. You may also email me at ldreishmire@cps.edu. Thank you for your assistance in this regard.

Sincerely,

*Lisa A. Dreishmire*  
Lisa A. Dreishmire  
Senior Assistant General Counsel



## Board of Education of the City of Chicago
### Law Department

James L. Bebley
General Counsel

125 South Clark Street, Suite 700
Chicago, IL 60603
Telephone: (773) 553-1700
Fax: (773) 553-1701

September 29, 2014

*Via Facsimile 312-337-7616*

Winfield Moody Health Center
1276 N. Clybourn Ave.
Chicago, IL 60610

    Re:  *Hutchens v. Board of Education of the City of Chicago*, Case No. 09-CV-07931 and 13-CV-06447, in the United States District Court for the Northern District of Illinois, Eastern Division.

To Whom It May Concern:

    Please find enclosed two signed Authorizations for Release of Medical Records and Information for your patient Joyce Hutchens (DOB ███████, SSN ███████). Please send all responsive records to me at:

Lisa A. Dreishmire
Senior Assistant General Counsel
Board of Education of the City of Chicago
125 S. Clark St., Ste. 700
Chicago, IL 60603

    I would appreciate it if you could please provide these records by **Friday, October 10, 2014**, due to the deadlines in this case. If for any reason you cannot produce the records by that date, please let me know as soon as possible.

    Please let me know if you have any questions. You may also email me at ldreishmire@cps.edu. Thank you for your assistance in this regard.

Sincerely,

*Lisa A. Dreishmire*
Lisa A. Dreishmire
Senior Assistant General Counsel