## Board of Education of the City of Chicago
## Law Department

James L. Bebley
General Counsel

125 South Clark Street
Suite 700
Chicago, IL 60603
Telephone: 773/553-1700
Fax: 773/553-1701

October 2, 2014

*Via First Class U.S. Mail*

The Safer Foundation
571 W. Jackson Blvd.
Chicago, IL 60661

Re: *Hutchens v. Board of Education of the City of Chicago*, Case No. 09-CV-07931 and 13-CV-06447, in the United States District Court for the Northern District of Illinois, Eastern Division.

To Whom It May Concern:

Please find enclosed a signed Educational and Employment Records Authorization for Joyce Hutchens (DOB ▓▓▓▓▓, SSN ▓▓▓▓▓). Please send all responsive records to me at: Lisa A. Dreishmire, Senior Assistant General Counsel, Board of Education of the City of Chicago, 125 S. Clark St., Ste. 700, Chicago, IL 60603. You may also call me when they are ready for pickup and I will be happy to send a courier—my telephone number is 773/553-1691.

I would appreciate it if you could please provide these records by **Tuesday, October 14, 2014**, due to the deadlines in this case. If for any reason you cannot produce the records by that date, please let me know as soon as possible.

Please let me know if you have any questions. You may also email me at ldreishmire@cps.edu. Thank you for your assistance in this regard.

Sincerely,

*Lisa A. Dreishmire*

Lisa A. Dreishmire
Senior Assistant General Counsel

LAD:ld
Enclosure

Exhibit H

## Board of Education of the City of Chicago
### Law Department

James L. Bebley
General Counsel

125 South Clark Street
Suite 700
Chicago, IL 60603
Telephone: 773/553-1700
Fax: 773/553-1701

October 2, 2014

*Via First Class U.S. Mail*

Learning Pointe Associates/American Institute of Research
1120 E. Diehl Road, Suite 200
Naperville, IL 60563

    Re:   *Hutchens v. Board of Education of the City of Chicago*, Case No. 09-CV-07931 and 13-CV-06447, in the United States District Court for the Northern District of Illinois, Eastern Division.

To Whom It May Concern:

    Please find enclosed a signed Educational and Employment Records Authorization for Joyce Hutchens (DOB ███████, SSN ███████). Please send all responsive records to me at: Lisa A. Dreishmire, Senior Assistant General Counsel, Board of Education of the City of Chicago, 125 S. Clark St., Ste. 700, Chicago, IL 60603. You may also call me when they are ready for pickup and I will be happy to send a courier—my telephone number is 773/553-1691.

    I would appreciate it if you could please provide these records by **Tuesday, October 14, 2014**, due to the deadlines in this case. If for any reason you cannot produce the records by that date, please let me know as soon as possible.

    Please let me know if you have any questions. You may also email me at ldreishmire@cps.edu. Thank you for your assistance in this regard.

                                  Sincerely,

                                  Lisa A. Dreishmire
                                  Senior Assistant General Counsel

LAD:ld
Enclosure

## Board of Education of the City of Chicago
## Law Department

James L. Bebley
General Counsel

125 South Clark Street
Suite 700
Chicago, IL 60603
Telephone: 773/553-1700
Fax: 773/553-1701

October 2, 2014

*Via First Class U.S. Mail*

The Princeton Review
c/o Robert Hennen
2801 N. Sheffield Ave.
Chicago, IL 60657

    Re:    *Hutchens v. Board of Education of the City of Chicago*, Case No. 09-CV-07931 and 13-CV-06447, in the United States District Court for the Northern District of Illinois, Eastern Division.

To Whom It May Concern:

    Please find enclosed a signed Educational and Employment Records Authorization for Joyce Hutchens (DOB ▇▇▇, SSN ▇▇▇). Please send all responsive records to me at: Lisa A. Dreishmire, Senior Assistant General Counsel, Board of Education of the City of Chicago, 125 S. Clark St., Ste. 700, Chicago, IL 60603. You may also call me when they are ready for pickup and I will be happy to send a courier—my telephone number is 773/553-1691.

    I would appreciate it if you could please provide these records by **Tuesday, October 14, 2014,** due to the deadlines in this case. If for any reason you cannot produce the records by that date, please let me know as soon as possible.

    Please let me know if you have any questions. You may also email me at ldreishmire@cps.edu. Thank you for your assistance in this regard.

Sincerely,

*Lisa A. Dreishmire*

Lisa A. Dreishmire
Senior Assistant General Counsel

LAD:ld
Enclosure

## Board of Education of the City of Chicago
## Law Department

James L. Bebley
General Counsel

125 South Clark Street
Suite 700
Chicago, IL 60603
Telephone: 773/553-1700
Fax: 773/553-1701

October 2, 2014

*Via First Class U.S. Mail*

Briljent Corporation
c/o Scott Lorch
7615 W. Jefferson Blvd.
Fort Wayne, IN 46804

Re: *Hutchens v. Board of Education of the City of Chicago*, Case No. 09-CV-07931 and 13-CV-06447, in the United States District Court for the Northern District of Illinois, Eastern Division.

To Whom It May Concern:

Please find enclosed a signed Educational and Employment Records Authorization for Joyce Hutchens (DOB ▮▮▮, SSN ▮▮▮). Please send all responsive records to me at: Lisa A. Dreishmire, Senior Assistant General Counsel, Board of Education of the City of Chicago, 125 S. Clark St., Ste. 700, Chicago, IL 60603.

I would appreciate it if you could please provide these records by **Tuesday, October 14, 2014**, due to the deadlines in this case. If for any reason you cannot produce the records by that date, please let me know as soon as possible.

Please let me know if you have any questions. You may also email me at ldreishmire@cps.edu. Thank you for your assistance in this regard.

Sincerely,

*Lisa A. Dreishmire*
Lisa A. Dreishmire
Senior Assistant General Counsel

LAD:ld
Enclosure