September 15, 2014

<u>**Via Hand-Delivery**</u>

Lisa Dreishmire, Esq.
Assistant General Counsel
Chicago Board of Education of the
    City of Chicago
125 S. Clark Street
Suite 700
Chicago, IL  60603

      **Re:**    **Joyce Hutchens v. Board of Education of the City of Chicago**
                 **Case No. 13 C 6447**

Dear Ms. Dreishmire:

Enclosed are Plaintiff's amended responses to **Defendant's First Request for Production of Documents** and Plaintiff's responses to **Defendant Board's First Set of Interrogatories to Plaintiff.**   The only required revision to **Plaintiff's First Request for Production of Documents** is Number 12.  I also have enclosed copies of just a fraction of the resumes and cover letters I have submitted during my layoff for positions for which I applied.

Additionally, because I requested an extension from the U.S. Internal Revenue Service and have not yet filed my taxes for 2013, I also have enclosed copies of my W-2 statements for 2013.  As always, please feel free to contact should you have questions.

Yours sincerely,


Joyce Hutchens
Pro Se Plaintiff

Enclosures


### CERTIFICATE OF SERVICE

I, Joyce Hutchens, Pro Se Plaintiff in Case No. 13 C 6447, certify that I hand-delivered the above-referenced documents, to the above-named attorney at the above indicated address before 5:00 p.m. on September 15, 2014.


Joyce Hutchens

Exhibit J