

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Sherri Thornton-Pierce
Shefsky & Froelich
111 W. Wacker Dr., Ste. 2800
Chicago, IL 60601

Chicago
June 28, 2012

Re:   Sabrina L. Haake
      in relation to
      Joyce Hutchens
      No. 2011IN00530

Dear Ms. Thornton-Pierce:

We have concluded our investigation of this matter and have determined to take no further action.

As you may know, Illinois Supreme Court Rule 778 requires this office to expunge all records related to most terminated investigations three years after the date of closure. For several reasons, however, we recommend that lawyers retain their own copies of documents and records related to ARDC investigations. On rare occasions, complainants re-file, supplement or seek reconsideration of complaints after expungement has occurred. Additionally, from time to time, we reopen closed investigations where circumstances warrant as authorized by Commission Rule 54. Also, lawyers are sometimes asked to provide information about terminated disciplinary investigations in connection with applications for admission to practice law in other jurisdictions, judicial applications and applications for legal malpractice insurance.

Under Illinois Supreme Court Rule 766, this investigation is private and confidential.

Thank you for your cooperation during our investigation of this matter.

Very truly yours,

Lea S. Black
Counsel

LSB:srh
MAINLIB_#418006_v1

Exhibit M