# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOYCE HUTCHENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 13-CV-6447 |
| v. ) | |
| ) | Judge Edmond E. Chang |
| CHICAGO BOARD OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT BOARD'S MOTION TO EXTEND TIME TO OBJECT OR OTHERWISE RESPOND TO PLAINTIFF'S FOURTH, FIFTH AND SIXTH REQUESTS FOR PRODUCTION

Defendant BOARD OF EDUCATION of the CITY OF CHICAGO (the "Board") files this Motion to Extend Time to Object or Otherwise Respond to Plaintiff's Fourth, Fifth and Sixth Requests for Production and states:

1. The discovery deadline in this case is February 2, 2015. (Docket #59)

2. Plaintiff has thus far served the Board with six (6) sets of Requests for Production, the last of which she served today. Each set varies in size, ranging from 2 requests to 23 requests. The Board has responded to the first three Requests and produced to Plaintiff 857 pages of documents.

3. As the Court is aware, the undersigned counsel will be out of the office from December 22, 2014, through and including January 7, 2015. The undersigned counsel is the Board's lead counsel and its only counsel actively working on this case.

4. According to Plaintiff, the Board's deadline to respond to her Fourth set of Requests for Production is December 23, 2014. The Board's response deadline for her Sixth set of Requests for Production is January 19, 2015. Finally, at the December 8, 2014, status, the Court set January 20, 2015 as the Board's deadline to respond to any production requests Plaintiff might serve related to the Board's Office of the Inspector General. Plaintiff did serve such requests on the Board (her

Fifth set of Requests for Production). However, because that deadline extension is not reflected in the related Minute Order (Docket #59), the Board moves for an extension of that deadline as well out of an abundance of caution.

5. The Board has worked diligently to respond to Plaintiff's three outstanding sets of document requests. However, the undersigned counsel's current case load is unusually heavy, requiring a significant amount of time in recent months and continuing through the present. This is due in part to the fact that the Litigation Group within the Board's Law Department, within which the undersigned counsel works, has been extremely short-staffed, having lost two of its twelve attorneys this summer. Those attorneys have not yet been replaced, resulting in an unusually heavy workload for the undersigned counsel.

6. The undersigned counsel's responsibilities in the last month have included the following, among other things (all of which cases are pending in the Northern District of Illinois, Eastern Division): participating in a court status, preparing written submissions and otherwise preparing for and participating in a settlement conference and negotiating with opposing counsel an Agreed Order related to same in *Ferkel, et al. v. Board of Education of the City of Chicago*, No. 11-9322; preparing for and participating in a settlement conference in *Hirsch v. Board of Education of the City of Chicago*, No. 14-5739; preparing responses to written discovery, attending a court status, preparing documents for production, reviewing, analyzing and drafting numerous pleadings, including a Response to Plaintiff's Motion to Compel, reviewing and responding to numerous proposed subpoenas from Plaintiff and otherwise investigating and conducting discovery in *Hutchens v. Board of Education of the City of Chicago*, No. 13-6447; drafting and negotiating with opposing counsel a Joint Status Report, and assisting with preparation of the Board's Response to Plaintiffs' Objections to the Magistrate's Recommendation, in *K.P., et al. v. Board of Education of the City of Chicago*, No. 14-7926; drafting the Board's Reply supporting its Motion to Dismiss and Response to Plaintiffs' Motion for Enlargement of Time to Serve the

2

Board and appearing for a court status in *Sandstrom, et al. v. Board of Education of the City of Chicago, et al.*, No. 12-622; and formulating Motion to Dismiss strategy and drafting and negotiating with opposing counsel a Joint Status Report in *Sapia v. Board of Education of the City of Chicago*, Case No. 14-7946. In addition to these litigation matters, the undersigned counsel has also been required in her role as Senior Assistant General Counsel to assist with significant, numerous, time-consuming and time-sensitive other litigation, agency, administrative and counseling duties for the Board.

7. In addition to the foregoing, the Board's ongoing Central Office relocation efforts will affect the Board's ability to respond to Plaintiff's pending discovery requests. Specifically, a move of the Board's data center will result in the unavailability of virtually all Board systems from December 23 through 29, 2014. Weather or unplanned technical difficulties may result in a more prolonged service disruption.

8. Given the above-described circumstances, the Board believes it will not be possible to respond to Plaintiff's Fourth, Fifth and Sixth sets of Requests for Production until at least January 20, 2015. The Board therefore respectfully requests that the Court extend its deadline to object or otherwise respond to Plaintiff's Fourth, Fifth and Sixth sets of Requests for Production until, at the earliest, January 20, 2015.

9. The Board attempted to obtain Plaintiff's agreement to the requested deadline extensions to avoid taking up the Court's time with a Motion; Board counsel sent Plaintiff an email in that regard this morning and followed up with another email this afternoon. Plaintiff personally visited the Law Department today to deliver her Sixth set of Requests for Production, but has not responded to Board counsel's requests.

10. The Board respectfully requests that its deadline to object or otherwise respond to Plaintiff's Fourth, Fifth and Sixth Requests for Production be extended to at least January 20, 2015. This request is made not for the purpose of delay, but so justice may be served.

## CONCLUSION

The Board respectfully requests that the Court extend its deadline to object or otherwise respond to Plaintiff's Fourth, Fifth and Sixth Requests for Production to at least January 20, 2015, and grant the Board all other relief to which it may be entitled.

Respectfully submitted,

**BOARD OF EDUCATION OF THE CITY OF CHICAGO**

JAMES L. BEBLEY,
General Counsel

By: s/*Lisa A. Dreishmire*
Lisa A. Dreishmire
Senior Assistant General Counsel
Board of Education of the City of Chicago
Law Department
1 North Dearborn, Suite 900
Chicago, Illinois 60602
773-553-1700

## CERTIFICATE OF SERVICE

I certify that I caused this pleading to be served upon Plaintiff *pro se* by CM-ECF E-Filing pursuant to General Order on Electronic Case Filing, Section XI(C), on December 18, 2014.

s/*Lisa A. Dreishmire*
Lisa A. Dreishmire