UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Joyce Hutchens
                      Plaintiff,

v.                                             Case No.: 1:13−cv−06447
                                                      Honorable Edmond E. Chang

Chicago Board of Education
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 8, 2015:

      MINUTE entry before the Honorable Edmond E. Chang: On Defendant's extension motion [63] to respond or to object to Plaintiffs Fourth, Fifth and Sixth Requests for Production, Defendant reported to the courtroom deputy, via email on 12/18/2014 (the email was cc:'ed to Plaintiff), that there is no objection to the extension motion. The responses are extended to 01/20/2015. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.