IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOYCE HUTCHENS, | ) | |
| | ) | |
| HUTCHENS, | ) | Case No. 13-6447 |
| | ) | |
| v. | ) | |
| | ) | Judge Edmond E. Chang |
| | ) | |
| CITY OF CHICAGO | ) | |
| BOARD OF EDUCATION, | ) | Magistrate Judge Michael T. Mason |
| | ) | |
| Defendants. | ) | |

To:  Mr. Jeffrey Shane                Lisa Dreishmire
     Ms. Suzanne Kallgren             Chicago Board of Education
     Allison & Taylor                   of the City of Chicago
     301 William Road                 One North Dearborn Street, Suite 950
     Rochester, MI 48307              Chicago, IL 60603

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **January 15, 2015, at 9:30 a.m.**, Pro Se Plaintiff, Joyce Hutchens, shall appear before the Honorable Judge Edmond E. Chang, or before such other Judge sitting in his stead, at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Courtroom 2119, Chicago, Illinois, and present **Pro Se Plaintiff's Motion to Compel Allison & Taylor to Comply With Subpoena Duces Tecum.**

Dated at Chicago, Illinois
This 8th day of January, 2015

Respectfully submitted,

By:  Joyce Hutchens
     Pro Se Plaintiff
     1235 S. Prairie Avenue
     Unit 1806
     Chicago, IL  60605